IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH DACUS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:15CV00363 SWW |
| ARKANSAS BUILDING | * | |
| AUTHORITY, ET AL. | * | |
| | * | |
| Defendants | * | |

**ORDER**

Before the Court is Plaintiff's motion to voluntarily dismiss this action without prejudice [ECF No. 29]; Defendants' response objecting that dismissal should be with prejudice [ECF No. 30]; and Plaintiff's reply, agreeing that dismissal should be with prejudice [ECF No. 31]. Based on these submissions, the Court finds that Plaintiff's motion to dismiss [ECF No. 29], as amended by his reply, should be and it is hereby GRANTED, and this action is therefore DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE